UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23814-CIV-MORENO

TRAVIS P. JENKINS,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **December 29, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 21)** on **September 24, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Magistrate Judge's Report and Recommendation and notes that no objections have been filed and the time for doing so has passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 21)** on **September 24, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    the Petition for Writ of Habeas Corpus is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record